# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **DOCKET NO.: 3:13CR00271-1 AA** |
| vs. | **ORDER ON 12B PETITION TO MODIFY CONDITIONS OR TERM OF SUPERVISION** |
| **Corey Wyatt** | |

Based on the *Petition for Modification of Conditions or Term of Supervision* filed on April 27, 2020, regarding the above-name defendant, **IT IS HEREBY ORDERED that,**

☐ No Action

☒ You must not knowingly communicate, or otherwise interact, with victims or family members of the victim's in this case or the related case of U.S. v. Pedersen (3:12CR00431), either directly or through someone else, without first obtaining the permission of the probation officer.

☐ Submit a Request for Warrant or Summons.

☐ Court orders the defendant to appear for a status hearing schedule for

**DATED** this __28th__ day of April, 2020,

/s/Ann Aiken
Ann L. Aiken
U.S. District Judge